DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLES KEAN FULTON,**
Appellant,

v.

**CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY NUMBERS B0621MMILSYC10025 AND B0621MMILYPI10306, OVERSEA INSURANCE AGENCY, INC., MILLER INSURANCE SERVICES, LLP,** and **THAMES INSURANCE SERVICES, INC.**
Appellees.

No. 4D17-981

[April 12, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE-15-005684 12.

David W. Rodstein of Rodstein Law, P.A., Tamarac, for appellant.

Darlene M. Lidondici and Christopher R. Fertig of Fertig & Gramling, Fort Lauderdale, for appellee Oversea Insurance Agency Inc.

Armando P. Rubio of Fields Howell, LLP, Miami, for appellees Underwriters and Miller Insurance Services, LLP.

Shawn R. Horwick of Ritter Chusid, LLP, Coral Springs, for appellee Thames Insurance Services, Inc.

PER CURIAM.

*Affirmed.*

WARNER, GROSS and LEVINE, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***